In the Matter of the Claim of JAMES R. KNAPP, Respondent, against SYRACUSE UNIVERSITY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued December 2, 1954; reargument ordered December 31, 1954.